IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:13-cv-206-D

| MEXI SALLI WHITE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $12,000.00 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits less the previously paid fee, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel the sum of $12,000.00 from Plaintiff's back benefits and that Plaintiff's counsel refund to Plaintiff the $5,000.00 EAJA fee and upon the payment of such sums this case is dismissed with prejudice.

This **13** day of **February**, 2015.

*/s/ James C. Dever*
JAMES C. DEVER III
Chief United States District Judge